KATHERINE HART #76715
Attorney at Law
2055 San Joaquin Street
Fresno, CA  93721

Telephone:  (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
ELISA HERRERA MUNOZ

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ELISA HERRERA MUNOZ,<br><br>   Defendant. | ) CASE NO. 1:08-cr-200 AWI<br>)<br>) STIPULATION TO DELAY<br>)  SURRENDER DATE<br>) PENDING DESIGNATION OF<br>) FEDERAL INSTITUTION;<br>) ORDER<br>)<br>) Surrender date: 2/11/09<br>) New date requested: 3/11/09<br>) |

IT IS HEREBY STIPULATED BETWEEN COUNSEL AS FOLLOWS:

That  Defendant ELISA HERRERA MUNOZ was informed by the Marshal's Office, that as of today, February 9, 2009, the Federal prison system does not have an opening at any of their facilities which would be able to accommodate her disability;

That a delay of thirty days for surrender is agreed to between defense counsel and the government;    .

That defense counsel is therefore requesting that the court delay the surrender date of Defendant ELISA HERRERA MUNOZ from February 11, 2009 until March 11, 2009 at 2:00 p.m.

| | |
|---|---|
| DATE: February 9, 2009 | /s/ Katherine Hart<br>KATHERINE HART, Attorney for<br>ELISA HERRERA MUNOZ |
| DATE: February 9, 2009 | /s/ Sheila Oberto<br>SHEILA OBERTO, Assistant United States Attorney |

ORDER

Good cause appearing, it is hereby ordered that the previously ordered surrender date of February 11, 2009 be extended to March 11, 2009;

Defendant is ordered to surrender to a federal institution or to the Federal Marshals Office of the Eastern District on March 11, 2009 by 2:00 p.m.

IT IS SO ORDERED.

Dated:   **February 10, 2009**          /s/ **Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE